FILED
MAR - 9 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

UNITED STATES OF AMERICA,          )   Case No. CR-06-0054-RMW
                                   )
    Plaintiff,                     )   AS
                                   )   [~~PROPOSED~~] ORDER GRANTING
v.                                 )   UNOPPOSED MOTION TO TRAVEL
                                   )
MATTHEW FONG,                      )
                                   )
    Defendant.                     )
_____)

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Defendant MATTHEW FONG shall be permitted to leave the Northern District of Georgia on the following dates to travel to the below listed destinations:

March 10-11, 2006 to Aiken, South Carolina; March 18-24, 2006 to Panama City, Florida (Northern District of Florida); April 1, 2006 to Oakridge, Tennessee (Eastern District of Tennessee); April 8-9, 2006 to Camden, New Jersey; April 14-15, 2006 to Oakridge Tennessee (Eastern District of Tennessee); and May 12-13, 2006 to Philadelphia, Pennsylvania (Eastern District of Pennsylvania).

It is further ordered that Mr. Fong shall communicate with Pretrial Services before leaving and upon returning to the Northern District of Georgia as directed by Pretrial Services.

All other bond conditions shall remain the same.

IT IS SO ORDERED.

Dated: March 9, 2006

_____
Honorable Richard Seeborg
UNITED STATES MAGISTRATE JUDGE

UNOPPOSED MOTION TO TRAVEL
CASE NO. CR 06-0054-RMW