UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

FILED
MAY -8 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-06-0054-RMW |
| Plaintiff, ) | |
| ) | [PROPOSED] ORDER GRANTING |
| v. ) | UNOPPOSED MOTION TO TRAVEL |
| ) | |
| MATTHEW FONG, ) | |
| Defendant. ) | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Defendant MATTHEW FONG shall be permitted to travel from the Eastern District of Pennsylvania on May, 14, 2006 to Barcelona, Spain to attend classes at the Universidad Politécnica de Catalonia, and returning to either the Northern District of Georgia or Southern District of Florida on or before July 23, 2006.

Accordingly, the Clerk of this Court is hereby authorized to relinquish care, custody and control of the Defendant's U.S. Passport to defense counsel, Peter S. Heller, Esq. and shall forward same to said counsel via overnight courier for which any such expense shall be borne by the Defendant.

Defendant shall be permitted to travel throughout Europe on weekends, however, he shall be required to call his Pre-Trial Services Officer from abroad once each week to notify her of any weekend travel excursions he intends on taking and any changes regarding his expected return date and flight arrangements from Spain.

Promptly after his return to either the Southern District of Florida or Northern District of Georgia, the Defendant shall immediately deliver his Passport to his defense counsel, Peter

UNOPPOSED MOTION TO TRAVEL
CASE NO. CR 06-0054-RMW

S. Heller, Esq. who shall ensure that said Passport is promptly returned to the Clerk of this Court.

It is further ordered that Mr. Fong shall communicate with Pretrial Services before leaving and upon returning to the Northern District of Georgia as directed by Pretrial Services.

All other bond conditions shall remain the same.

IT IS SO ORDERED.

Dated: May 8, 2006

Honorable Richard Seeborg
United States Magistrate Court Judge