1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney

2  MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4     150 Almaden Avenue, Suite 900
      San Jose, California 95113
5     Telephone: (408) 535-5035
      FAX:       (408) 535-5081
6     E-Mail:    Mark.Krotoski@usdoj.gov

7  Attorneys for Plaintiff

8                       UNITED STATES DISTRICT COURT
9                      NORTHERN DISTRICT OF CALIFORNIA
10                             SAN JOSE DIVISION
11                                                 *E-FILED - 7/12/06*

12  UNITED STATES OF AMERICA,         )   No. CR 05-00505-RMW
13                                    )       06-00054-RMW
         Plaintiff,                   )
14                                    )   STIPULATION REQUESTING
       v.                             )   CONTINUANCE OF SENTENCING
15                                    )   HEARING AND [PROPOSED] ORDER
    MATTHEW FONG,                     )
16     a/k/a cyber,                   )
       a/k/a cyb3r,                   )
17     a/k/a 1329,                    )
                                      )
18       Defendant.                   )
                                      )
19  ─────────────────────────────────

20     It is hereby stipulated and agreed between defendant Matthew Fong, by and through his

21  counsel of record, Peter Heller, Esq., and the United States, by and through Assistant United

22  States Attorney Mark L. Krotoski, as follows:

23     1. This matter is presently set for a sentencing hearing on August 7, 2006 at 9:00 a.m.

24     2. The defense requests additional time to address sentencing and other issues, until

25  September 25, 2006. The government does not oppose this request.

26     3. Probation has been advised and does not oppose this request.

27  // // //

28  // // //

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND [PROPOSED] ORDER
CR 06-0054-RMW

1     For the foregoing reasons, and that the ends of justice are served by continuing this case, the parties stipulate and request to a continuance of the sentencing hearing from August 7, 2006 at 9:00 a.m. to September 25, 2006 at 9:00 a.m., or the next available date.

    IT IS SO STIPULATED.

Dated: June __, 2006

KEVIN V. RYAN
United States Attorney

MARK L. KROTOSKI
Assistant United States Attorney

Dated: June 24'", 2006

PETER HELLER
Attorney for Defendant

    IT IS SO ORDERED.

    Upon good cause shown, the sentencing hearing is continued from August 7, 2006 at 9:00 a.m. to September 25, 2006 at 9:00 a.m.

Dated: ~~June~~ July 12, 2006

/s/ Ronald M. Whyte
RONALD M. WHYTE
United States District Judge

Distribute To:

Peter S. Heller
9155 South Dadeland Boulevard
Suite 1412
Miami, FL 33156
FAX (305) 670-0088

Mark L. Krotoski
AUSA
150 Almaden Boulevard, Suite 900
San Jose, CA 95113

Lynne E. Richards
U.S. Probation Officer
United States Probation Office
Northern District of California
450 Golden Gate Avenue, Suite 17-6884
San Francisco, CA 9410-3487

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND [PROPOSED] ORDER
CR 06-0054-RMW     Page 2 of 2