**FILED**

JUL 21 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-06-0054-RMW |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER GRANTING UNOPPOSED MOTION TO TRAVEL |
| MATTHEW FONG, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Defendant, MATTHEW FONG shall be permitted to travel from the Southern District of Florida to Kingston, Jamaica on July, 26, 2006 to visit with his grandparents and shall return to the Southern District of Florida on or before August 3, 2006.

Upon his return to the Southern District of Florida, the Defendant shall immediately deliver his Passport to his defense counsel, Peter S. Heller, Esq. who shall ensure that said Passport is promptly returned to the Clerk of this Court.

It is further ordered that Mr. Fong shall communicate with Pretrial Services before leaving and upon returning to the Southern District of Florida as directed by Pretrial Services.

All other bond conditions shall remain the same.

IT IS SO ORDERED.

Dated: 7/20/06

_____
Honorable Richard Seeborg
United States Magistrate Court Judge

PROPOSED ORDER GRANTING
UNOPPOSED MOTION TO TRAVEL
CASE NO. CR 06-0054-RMW