Peter S. Heller, Esq. (FLBN 402222)

9155 South Dadeland Boulevard
Suite 1412
Miami, Florida  33156
Telephone:   (305) 284-8000
Facsimile:   (305) 670-0088
E-mail:      Petersheller@aol.com

Attorney *Pro Hac Vice* for Defendant Matthew Fong

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

*E-FILED - 9/18/06*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  CR-06-00054-RMW |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION REQUESTING** |
| v. | ) | **CONTINUANCE OF SENTENCING** |
| | ) | **HEARING AND ORDER** |
| MATTHEW FONG, | ) | |
|     a/k/a cyber, | ) | |
|     a/k/a cyber3r, | ) | |
|     a/k/a 1329, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

It is hereby stipulated and agreed between defendant MATTHEW FONG, through his undersigned counsel of record, and the United States, through Assistant United States Attorney Mark L. Krotoski, as follows:

1. This matter is currently set for a sentencing hearing on September 25, 2006 at 9:00 a.m.

2. Unfortunately, due to Mr. Fong's court authorized summer study period abroad, his interview with the United States Probation was unable to be conducted until August 10, 2006.

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND ORDER
CASE NO.  CR 06-0054-RMW

Therefore, additional time is needed in order for the Presentence Report to be completed and disclosed as required.

3. Based upon the foregoing, the parties agree that the Defendant's sentencing should be reset to October 23, 2006.

4. United States Probation Officer Lynn Richards has been advised and does not oppose this request.

For the foregoing reasons, and that the ends of justice are served by continuing this case, the parties stipulate and request to a continuance of the sentencing hearing from September 25, 2006 to October 23, 2006, or the next available date.

IT IS SO STIPULATED.

Dated: August ___, 2006                    KEVIN V. RYAN
                                            United States Attorney


                                            _____
                                            MARK L. KROTOSKI
                                            Assistant United States Attorney

Dated: August 30, 2006

                                            ___/s/_____
                                            PETER S. HELLER
                                            Attorney for Defendant FONG

IT IS SO ORDERED.

Upon good cause shown, the sentencing hearing is continued from September 25, 2006 at 9:00 a.m. to October 23, 2006 at _9:00 a.m._____.

Dated: September _18_, 2006

                                            _/s/ Ronald M. Whyte_____
                                            RONALD M. WHYTE
                                            United States District Court Judge

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND ORDER
CASE NO.  CR 06-0054-RMW