UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 11/8/06*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>MATTHEW FONG,<br>   a/k/a cyber,<br>   a/k/a cyb3r,<br>   a/k/a 1329,<br><br>           Defendant. | No. CR 06-0054-RMW<br><br>**FINAL ORDER OF<br>FORFEITURE** |

On April 13, 2006, the Court entered a Preliminary Order of Forfeiture forfeiting the defendant's right, title and interest in:

A.     SONY PSP SERIAL #PP104516179-PSP1001 WITH FOUR GAME DISCS

B.     SANDISK 512MB MEMORY STICK

C.     TWO I-POD SHUFFLES, NO S/N

D.     MICRO ADVANTAGE 64MB JUMPDRIVE

E.     IOMEGA EXTERNAL HARD DRIVE SERIAL #0VDE440046

F.     SONY EXTERNAL CD/DVD WRITABLE DRIVE SERIAL #5063503

G.     AVERATEC NOTEBOOK COMPUTER SERIAL #ND01CU040702962

H.     SRS MP3 PLAYER SERIAL #241471050404548

I.     SONY 128MB MEMORY STICK FROM SONY CYBERSHOT CAMERA

J.     SONY WALKMAN SERIAL #5368866

K.    SIX PLAYSTATION MEMORY CARDS

L.    SONY PLAYSTATION 2 SERIAL #U1529713

M.    MICROSOFT XBOX SERIAL #286181243406

N.    SILVER BOX WITH 4MB MEMORY STICK

O.    SANDISK 512MB MEMORY STICK

P.    SONY 32MB MEMORY STICK

Q.    SANDISK CARD READER NO SERIAL CONTAINING SONY 32MB
       MEMORY STICK

R.    D-LINK WIRELESS ROUTER SERIAL #BN1Y136003748

S.    WESTELL DSL MODEM SERIAL #02B412992827

T.    ALIENWARE DESKTOP COMPUTER NO SERIAL

U.    LINKSYS WIRELESS G 2.4 GHZ BROADBAND ROUTER SERIAL
       #CGN10D7769768

V.    LINKSYS WIRELESS G-RANGE EXPANDER SERIAL #MGB004816992

W.    NUMEROUS CD/DVD'S CONTAINING MOVIES, GAMES, AND
       SOFTWARE

X.    NUMEROUS XBOX, PLAYSTATION, PLAYSTATION 2, AND
       DREAMCAST GAMES

Y.    NUMEROUS FLOPPY AND MINIDISKS

Z.    NUMEROUS GAME AND MOVIE CASES

The United States represents that it has complied with the publication and notice

requirements of the Preliminary Order and that no petitions have been  filed.

THEREFORE, it is ordered that the above-described property shall be forfeited to the United

States, pursuant to  Title 17, United States Code, Sections 506(b) and 509(a).   All right, title

and interest in said property is vested in the United States of America.  The appropriate federal

agency shall dispose of the forfeited property according to law.

IT IS SO ORDERED this _____8_____ day of ___November_____. 2006.


                                    /s/ Ronald M. Whyte
                                    RONALD M. WHYTE
                                    United States District Judge